

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:24-cr-20523<br>Assigned To : DeClercq, Susan K.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 9/19/2024<br>Description: IND USA V RAPHAEL JERMAINE WILLIAMS JR (SH) |
| v. | |
| | Violation: 18 U.S.C. § 922(g)(1) |
| RAPHAEL JERMAINE WILLIAMS, JR., | |
| Defendant. | |
| _____/ | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about September 2, 2024, in the Eastern District of Michigan, Southern Division, the defendant, Raphael Jermaine Williams, Jr., knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one (1) SCCY Model CPX-1 9mm caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## ENHANCED PENALTY

It is further alleged that the defendant, Raphael Jermaine Williams, Jr., committed the offense charged in this Count while released under Title 18, United

States Code, Chapter 207, and pending trial in Eastern District of Michigan Criminal Case Number 23-20199, in violation of Title 18, United States Code, Section 3147(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Raphael Jermaine Williams, Jr. shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to:

- One (1) SCCY, Model CPX-1, 9mm caliber pistol, Serial Number 804263, and 11 rounds of 9mm caliber ammunition

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/Benjamin Coats*
BENJAMIN COATS
Chief, Drug Task Force Unit

s/Michael Taylor
MICHAEL TAYLOR
Assistant United States Attorney

Dated: September 19, 2024

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:24-cr-20523<br>Assigned To : DeClercq, Susan K.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 9/20/2024<br>Description: IND USA V RAPHAEL<br>JERMAINE WILLIAMS JR (SH) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐ Yes ☑ No | AUSA's Initials: MT |

**Case Title:** USA v. Raphael Jermaine Williams, Jr.

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint **[Case No. 23-mj-30086]**

**Superseding Case Information**

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

September 19, 2024
Date

Michael Taylor
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Michael.Taylor3@usdoj.gov
(313) 226-9516
Bar #: P79497

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:24-cr-20523<br>Assigned To : DeClercq, Susan K.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 9/19/2024<br>Description: IND USA V RAPHAEL<br>JERMAINE WILLIAMS JR (SH) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: MT |

**Case Title:** USA v. Raphael Jermaine Williams, Jr.

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint **[Case No. 23-mj-30086]**

**Superseding Case Information**

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

September 19, 2024
Date

s/Michael Taylor

Michael Taylor
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Michael.Taylor3@usdoj.gov
(313) 226-9516
Bar #: P79497

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.