# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,         Case No. 24-cr-20523

v.         Hon. Susan K. DeClercq

RAPHAEL JERMAINE WILLIAMS, JR.,

        Defendant.

_____/

## GOVERNMENT'S SENTENCING MEMORANDUM

## I.   INTRODUCTION

Raphael Williams, Jr. holds himself out as a "shooter" and a "westside terrorist." His online presence demonstrates a lifestyle rife with high-powered weapons and controlled substances, which neither active probation supervision nor ongoing prosecutions could do anything to deter.

The instant case came about as Williams was released on bond pending appeal in another felon in possession case, where he cutoff his tether and fled the state, and continued to post images and videos of himself possessing both drugs and guns—as a fugitive. When Williams returned to Michigan, he was discovered following late-night reports of

vehicle break-ins riding in a vehicle with others. After providing a false name to the investigating officers, Williams attempted to flee: leading to his arrest and the discovery of burglary tools and yet another firearm. Williams' guidelines range is 21 to 27 months.[1] After considering the factors set forth in 18 U.S.C. § 3553(a), the government recommends a sentence of 27 months with a consecutive portion of the sentence for Williams' violation of 18 U.S.C. § 3147 for committing this offense while on release.

## II.   STATEMENT OF FACTS

### A.   2023 investigation and offense conduct

Between December 2022 and February 2023, members of the Pontiac Gun Violence Task Force (GVTF) while investigating firearm violence in the Eastern District of Michigan was monitoring the social media platform Instagram. The GVTF observed an account which displayed numerous videos and images of Raphael Jermaine WILLIAMS Jr., who was serving a term of probation following felony convictions. In his posts, Williams was seen brandishing numerous suspected firearms, including at least one firearm with a suspected Machine Gun Conversion

---

[1] PSR ¶ 90.

Device (MCD) commonly known as a "Glock Switch" in a variety of locations. Agents learned that the Detroit Police Department (DPD) was aware of Williams due to his involvement in the "Jackboys" gang in Detroit: a gang involved, among other things, in stealing vehicles.[2]



Agents were able to determine that Williams was convicted in April of 2022 for receiving and concealing a stolen motor vehicle; fleeing and eluding – third degree; malicious destruction of police property; and resisting and obstructing police in an incident where Williams attempted

---

[2] *See* EDMI Case No. 23-cr-20199, ECF No. 8, PageID.20-75; ECF No. 19, PageID.137-213, for a more in-depth survey of Williams' social media posts.

to evade police in a stolen vehicle nearly striking an officer. Williams received a sentence of 365 days jail and 2 years of probation.

In reviewing Williams's Instagram posts, following his felony convictions, agents were able to identify several firearms, both pistols and AR-style rifles, that Williams depicted himself possessing including those with Machine Gun Conversion Devices, extended magazines, and drum magazines. Agents identified Williams' phone number via his social media accounts and obtained a federal search warrant to track his location, which revealed that he was residing in Waterford, Michigan—not Detroit, as he had reported to his state probation officer.



In one set of posts, Williams depicted himself pointing a pistol at the heads of sleeping individuals:



Agents then obtained a search warrant for William's Waterford residence and executed that warrant on March 2, 2023. During that search Williams was taken into custody. Agents located a Glock 22 Gen 2 .40 caliber pistol with a 22-round magazine containing 19 live rounds. The firearm was located unsecured in a tote bag near a bed where a baby was resting:



The arrow points to the baby and the firearm circled in red was not secured (no lock and or safe)

Agents were able to determine, due to engraving and the serial number on the pistol, that it is the property of the Detroit Police Department.



## B.     2023 arrest and post-arrest conduct

Following Williams's arrest, he was provided *Miranda* warnings and spoke to agents regarding his involvement in the charged offenses. Williams initially denied possessing firearms, but after being confronted with his numerous social media posts, he admitted that he possessed the

recovered pistol in this case as well as previously possessing and transferring the machinegun Glock depicted in his social media, which he indicated he took from a stolen vehicle.

Agents learned that DPD executed a search warrant on the same date, and Williams' father was arrested for being a felon in possession of a firearm for a gun that was recovered from the Detroit address that Williams provided as his own to his probation officer.

### C.    2023 prosecution and absconding

On March 2, 2023, Williams was charged in a criminal complaint with being a felon in possession of a firearm under 18 U.S.C. § 922(g)(1) and later indicted. EDMI Case No. 23-cr-20199. Williams was ordered detained pending trial based on dangerousness grounds. *Id*. at ECF No. 10, PageID.99. Williams eventually filed a motion to dismiss the Indictment under *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022). Though the court initially granted Williams' motion, it stayed the dismissal pending the Government's appeal to the Sixth Circuit. On May 7, 2024, Williams was released on bond while the Government's appeal proceeded. *Id*. at ECF No 51-52. Immediately upon release Williams posted to social media:



Williams' bond included GPS monitoring and curfew conditions that required him to be home overnight. *Id*. On July 9, 2024, pretrial services alerted the court that Williams had violated the curfew condition and likely tampered with his GPS monitoring tether. *Id*. at ECF No. 57. The court scheduled a hearing on the bond violation for July 15, 2024, where pretrial services alerted the court that Williams had cutoff his tether and his whereabouts were unknown. *See Id*. at ECF No. 61-62. The court issued a warrant for Williams' arrest, and he remained a fugitive for some time.

Due to Williams' prior online activities, ATF agents continued to monitor Williams accounts for information on his whereabouts. Though a fugitive from a pending prosecution for being a felon in possession of a firearm, Williams continued to post images and video depicting him both in and outside Michigan, possessing suspected drugs such as marijuana and promethazine and several firearms:



Meanwhile, Williams became aware that agents were monitoring his posts and directly messaged the agents:



Williams also continued posting videos and images of drug use and his ongoing possession of firearms:



10



### D.    2024 Auto theft investigation and arrest

On September 2, 2024, at approximately 3:00am, Southfield Police observed a silver Impala with a missing side mirror and a plate check revealed the vehicle had no insurance. Officers were on the lookout for a similar vehicle that was reported by witnesses to be seen near where a number of attempted vehicle break-ins occurred that night.

The officers stopped the vehicle and noted that there were four occupants in the vehicle and that both the front-seat passenger, Williams, and the rear-right passenger had ski-masks rolled up on their heads. When the officer asked Williams his name, he stated "Terrance

11

Howard DOB 04/18/1994." The officers described Williams as overly nervous, and he stuttered when he responded. After confirming the driver had no insurance, smelling burnt marijuana, and finding that Williams' false identification returning no record, the officers removed the driver and Williams from the vehicle.

Video showed the officers walk Williams to the front of the patrol car and begin to pat him down. Williams then suddenly fled toward a nearby fence but was almost immediately tackled by officers. Body camera footage showed that as the officers were handcuffing Williams following his attempt to flee, he stated "Hey, grab the gun out my…my foot." Officers then recovered a loaded, blue SCCY CPX-1 9mm pistol from Williams' pant leg.

Officers also found a wallet on Williams with credit cards belonging to two other people and an Autel Pro Key tool, which is an electronic device that can be used to unlock or start certain vehicles. While in transport to jail, Williams slipped his hand cuffs to the front and attempted to open the door handle and window of the patrol car to again attempt to escape.

Williams appeared on a criminal complaint on September 4, 2024, and consented to detention pending trial. Williams later pled guilty to Count 1 of the indictment in this case for being a felon in possession of a firearm and for committing an offense on release.

### III.   SENTENCING GUIDELINES

The United States Probation Department calculated the guideline range as 21 to 27 months.[3]

### IV.   ARGUMENT

The government is requesting a sentence of 27 months.

**A.   Nature and circumstances of the offense and history and characteristics of the defendant, 18 U.S.C. § 3553(a)(1)**

Raphael Williams has repeatedly proven that he cannot be deterred from engaging in dangerous criminal behavior. Though young, Williams already has a juvenile adjudication for unarmed robbery, adult felony fleeing and eluding convictions where he came dangerously close to running down a police officer, and now two separate federal felony convictions for being a felon in possession of a firearm—that he committed while serving a state term of probation and, in part, while on

_____

[3] PSR ¶ 90.

13

bond for his first felon in possession case. Williams online posts demonstrate that he wants to be known as a shooter and a westside terrorist and actively represents himself as a danger to the community.

Williams' involvement, both historically, and in the instant arrest show that he is willing to couple firearms with theft offenses, which is a disaster waiting to happen. The fact that Williams was carrying both car-theft tools and a firearm when he was arrested as a fugitive from his federal felon-in-possession prosecution shows that anything short of incarceration will endanger the public.

## B.    Seriousness of the offense, to promote respect for the law, and provide just punishment, 18 U.S.C. § 3553(a)(2)(A)

The facts of this case demonstrate just why possession of a firearm by a felon is such a serious offense. Williams' repeated criminal behavior even under multiple levels of court supervision shows that he has no regard for the law and no regard for the safety of others. His willingness to go armed to break into vehicles highlights his willingness to put the lives of others at risk so that he can continue to victimize with impunity. The sentencing guidelines recommend a sentence of 21-27 months, and Williams must receive a consecutive sentence for committing this offense while on release. A sentence at the top of the

guidelines is sufficient to account for the flagrant disregard of the law and the court orders that Williams' violation but is not greater than necessary to accomplish the goals of sentencing.

## C.  Afford adequate deterrence to criminal conduct and protect the public from further crimes of the defendant, 18 U.S.C. § 3553(a)(2)(B) and (C)

Juvenile probation for unarmed robbery failed to keep Williams from possessing a stolen vehicle that he used to almost run down a police officer trying to stop him. A year in jail and adult felony probation failed to deter Williams from possessing multiple firearms, including a stolen machine gun. That same felony probation and an active federal prosecution failed to deter Williams from cutting off his tether, fleeing the state, acquiring multiple other firearms, using drugs, and engaging in additional theft offenses while armed with another loaded firearm. Simply put, Williams cannot be deterred.

Incarceration represents the only meaningful method the Court has to keep the public safe from Williams' further crimes. Williams age and mental health may appear to be mitigating circumstances, but because Williams insists on rearming himself at every chance he gets,

those things only serve to increase his dangerousness. A sentence at the

top of the guidelines is necessary to protect the public going forward.

## V.    CONCLUSION

The government moves this Honorable Court to impose a 27-

month term of incarceration.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/Michael Taylor
Michael Taylor
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9516
Dated: September 3, 2025                michael.taylor3@usdoj.gov

16

## Certificate of Service

I hereby certify that on September 3, 2025, I caused the

Sentencing Memorandum for the United States to be electronically filed

with the Clerk of the Court using the ECF system, which will send

notification of such filing to all ECF participants of record.

<div style="margin-left: 40%;">

s/Michael Taylor
Michael Taylor
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9516
michael.taylor3@usdoj.gov

</div>

# <u>Exhibit 1</u>
# Williams' Instagram Posts (2023)















































































































## Certificate of Service

I hereby certify that on May 3, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants of record.

s/Michael Taylor
Michael Taylor
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9516
michael.taylor3@usdoj.gov

# <u>Exhibit 2</u>
# Southfield
# Police Report

## SOUTHFIELD PD

26000 EVERGREEN
SOUTHFIELD MI 48037
248.796.5500



### Case Report

### Administrative Details:

| CR No | Subject |
|---|---|
| **240032343** | **5202 - CCW-Concealed Weapons - Carrying Concealed [52001]** |

| Report Date/Time | Occurrence Date/Time |
|---|---|
| **09/02/2024 03:00** | **09/02/2024 03:00** |

| Location | Call Source |
|---|---|
| **SOUTHFIELD RD&ADRIAN RD** | **FOP** |

| Dispatched Offense | Verified Offense |
|---|---|
| **C3730 Traffic Complaint / Traffic Miscellaneous A Complaint** | **5202 CCW-Concealed Weapons - Carrying Concealed** |

| OIC | OIC Contact Number |
|---|---|
| **ARMIL, COLE (SOARMILC-11370)** | |

| County | City/Twp/Village |
|---|---|
| **63 - Oakland** | **91 - Southfield** |

| Division | |
|---|---|
| **Patrol** | |

### Action Requested:

[ ] Arrest warrant                    [ ] Review only

[ ] Search warrant                   [ ] Forfeiture

[ ] Juvenile petition                 [ ] Other

Williams_00055

Working M5, in a full uniform, in a semi-marked scout car, vehicle #16, with cameras activated.

Source

On September 2nd, 2024, at approximately 0300 hours, I observed a silver, Chevrolet, Impala, bearing a Michigan plate of ETP8127 traveling northbound on Southfield at 10 Mile. My attention was drawn to the vehicle because it matched the description of one involved with an Attempted UDAA/LFA which had just occurred in Oak Park (24-10298). As I positioned my vehicle behind the Impala, I noted it had illegal front window tints and the driver's side mirror was missing. As I ran the plate in LEIN I noted the vehicle did not have Insurance. I initiated an investigation into the vehicle at Southfield and Adrian using my emergency lights.

Initial Contact

I approached on the front driver's side and observed 4 occupants in the vehicle. I advised the driver (identified by his license as ▇▇▇▇▇▇) of the reasons for the stop and requested his license, registration, and proof of insurance. ▇▇▇ provided his license and registration but did not provide insurance. As I spoke with ▇▇▇ observed the front seat passenger was not wearing his seatbelt. I requested the front passenger's ID, and he stated he did not have it. I requested the front passenger's name, and he stated his name was ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇. I also detected the odor of burnt marijuana emanating from within the vehicle.

During my encounter with the occupants, I noted the front passenger appeared unreasonably nervous and stuttered while giving his information. The front passenger and rear right passenger both had ski masks rolled up on their heads and were wearing layered, dark clothing. I requested additional units due to the vehicle being occupied 4 times, the front passenger's nervousness, and the vehicle matching the description of the one involved in the Attempted UDAA/LFA. I returned to my vehicle and ran ▇▇▇ and the front passenger. ▇▇▇ returned with a Valid Driver's License, but the front passenger did not return in LEIN.

Second Contact

As more units arrived, I advised them of my findings. I wished to remove the occupants from the vehicle to further investigate the burnt marijuana, the front passenger giving false information, and the possibility the occupants were involved with the Oak Park Attempted UDAA/LFA. I requested ▇▇▇ exit, and he complied. As I escorted ▇▇▇ to the front of my vehicle, I asked

Williams_00064

when the last time was someone smoked in the vehicle. ▮▮▮ stated someone smoked in the vehicle approximately 1 hour ago. As I stood with ▮▮▮ I observed PO Spens escort the front passenger to the front of my vehicle on the passenger's side. While there I observed the front passenger begin looking around and, after a few seconds, flee from the stop on foot at a full sprint. I remained with ▮▮▮ and the vehicle while calling out the direction of travel and clothing description of the fleeing passenger. Other officers gave chase and later apprehended the front passenger (see other reports for further).

Actions / Observations

The front passenger was found to be in possession of a concealed handgun, vehicle B/E tools, and a wallet which belonged to the Victim of the Oak Park Attempted UDAA/LFA. The front passenger refused to provide his information on scene but was later identified as Raphael Williams. Williams returned with a Federal Warrant issued by the US Marshalls for a Weapons Offense and a 6th Circuit Warrant for a Probation Violation. Williams did not possess a valid CPL in LEIN. ▮▮▮ was issued citations for Front Window Tints, Defective Mirror, and No Insurance. The Impala was Impounded for No Insurance by Quality Towing. ▮▮▮ was released on scene. The rear left passenger was identified as ▮▮▮▮▮▮, and the rear right passenger was identified as ▮▮▮▮▮. Both other passengers were released. Oak Park made the stop and was notified of the incident. Williams was Arrested for multiple Southfield charges.

Warrant Information

MKE/WANTED PERSON
EXL/1 - FULL EXTRADITION
ORI/VAUSM0000 NAM/WILLIAMS,RAPHAEL JERMAINE SEX/M RAC/B POB/MI
DOB/20030818 HGT/508 WGT/137 EYE/BR0 HAI/BLK FBI/K1PWEM5KV
SMT/TAT NECK
SOC/377292262
OFF/BAIL - PERSONAL RECOG
OOC/WEAPON OFFENSE
DOW/20240715 OCA/03911527926
WNO/243907150791B
MIS//PH2023079100
DNA/N
ORI IS US MARSHALS SERVICE HEADQUARTERS ARLINGTON 202 307-9100
AKA/WILLIAMS,RAPHAEL JERMAINE JR

Williams_00065

AKA/WILLIAMS,RAPHAEL JR
NIC/W645500244 DTE/20240715 1233 EDT DLU/20240716 1341 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI


MKE/WANTED PERSON
ADO/N
EXL/3 - EXTRADITION - SURROUNDING STATES ONLY
ORI/MI6316349 NAM/WILLIAMS,RAPHAEL JERMAINE JR SEX/M RAC/B POB/MI
DOB/20030818 HGT/508 WGT/160 EYE/BR0 HAI/BLK FBI/K1PWEM5KV CTZ/US
SKN/MBR SMT/SC L SHLD
SOC/377292262
OLN/W900000155670 OLS/MI OLY/2024
OFF/PROB VIOLATION - SEE MIS
OOC/RECEIVE STOLEN PROP
DOW/20240712 OCA/24-2927 SID/MI5861155L
CTI/MI630015J
MIS/EXTRADITE ADJACENT STATES 0NLY PENDING APPR0VAL/0RIG- ST0LEN
PR0PERTY
MIS/RECEIVE AND C0NCEAL M0T0R VEHICLE/P0LICE 0FFICER- FLEE 3RD DEGREE
VEHICLE
MIS/C0DE/P0LICE 0FFICER- ASSAULT RESIST 0BSTRUCT/B0ND DENIED
DNA/N
ORI IS OAKLAND CO SO PONTIAC 248 858-4950
AKA/WILLIAMS,RAPHAEL JARMAIN
AKA/WILLIAMS,RAPHAEL JERMAIN
SMT/SC R SHLD
SMT/TAT L ARM
SMT/TAT R ARM
SMT/TAT UR ARM
OLN/W900000149610 MI 2024
NIC/W465556994 DTE/20240716 1636 EDT DLU/20240716 1637 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

**CR No: 240032343-002    Written By: SOALLENA (13329)    Date: 09/02/2024 04:07 AM**

<u>24-32343</u>

Williams_00066

On 09/02/2024 I, Ofc. Allen along with numerous other Southfield officers responded to Ofc. Chandler's traffic stop at Southfield Rd. and Adrian Rd. Ofc. Chandler stopped a grey Impala with 4 males inside. It should be known Oak Park recently had an attempt UDAA and LFA with the suspect vehicle being a grey Impala 24-10298.

### Arrival at the traffic stop

I arrived at stop, Ofc. Chandler had the driver of the vehicle in front of patrol veh #16. I approached the vehicle along with Ofc. Pierce and Spl. McElroy. to assist with getting the passengers of the vehicle. Ofc. Spens escorted the front passenger out of the vehicle and brought him to the front of veh #16.

### Foot Pursuit

While waiting to escort the rear right passenger from the vehicle, I heard a struggle in front of veh #16. I observed the front passenger fleeing on foot from Ofc. Spens. The male is a black male wearing all black with a colored balaclava on his head. A foot pursuit ensued; The male began running E/B into Sherwood Village south of Adrian Rd. The male ran E/B for approximately 35 feet before he jumped over a railing. The railing led to an underground parking garage. The male then began running N/B up the ramp leading to the underground parking garage.

I ran around the railing and observed Spl. McElroy holding the male by his ankles. The male was holding onto the railing in an attempt to get out of Spl. McElroy's control. I grabbed the male's left arm and assisted him to the ground. On the ground the male was placed in handcuffs (TC/DL). Prior to being searched he informed officer's ''Hey, grab the gun out my foot''.

### Search of the male

Ofc. T. McCormick grabbed the Teal SCCY 9mm pistol from his left pant leg at his ankle. At this time, I began my search of the male. In his right pocket I located a Dodge key fob and a window punch. In his right front jacket pocket, I located a red wireless OBD2 adapter commonly used to reprogram key fobs. This tool is commonly used by UDAA crews. Ofc. Spens located a green wallet in the front right jacket pocket. This wallet is linked to the Oak Park LFA. All property that came off the male was placed on a ledge near the arrestee. All property was collected by Ofc. Spens. I asked the male if his knees were good, he stated ''I'm good''. I escorted the male to the rear of Ofc. T. McCormick's veh #15.

The male was later identified as, Raphael Jermaine Williams. He was arrested for CCW, R&O, R&C x2, misrep, and possession of burglary tools.

Williams_00067

**Contact with** ▮▮▮▮▮▮▮▮

While speaking with Ofc. Pierce, he informed me there was a male detained in the rear of my patrol car #5. The male identified himself as, ▮▮▮▮▮▮▮▮▮▮▮. Dispatch advised he came back in LEIN as no record. I called his mother, Treana Hayes who confirmed his name, date of birth, and identifying characteristics (face tattoos). It was determined ▮▮▮▮ was to be released on scene. I escorted him from the rear of veh #5 and removed the handcuffs. He was given his property and released.

Sgt. Crew was on scene.

---

**CR No: 240032343-003    Written By: SOSPENSD (13222)    Date: 09/02/2024 04:31 AM**

**INITIAL:**

On the above listed date and time, I (Officer Spens) working M1 in fully marked patrol vehicle 87 with interior lights and siren. Officers were in the area of 9 mile rd. and Greenfield RD. looking for a gray Impala that Oak Park PD was looking for in connection with an attempt UDAA (Incident number 24-10298). Officer Chandler had stopped a silver Impala bearing MI Plate: ETP8127 at Southfield Rd. and Adrian Rd. (Sherwood Village). The vehicle was occupied by 4 subjects. Officer Chandler called for another officer.

**ARRIVAL:**

I responded to assist Officer Chandler. Upon arrival, I approached Officer Chandler's vehicle. Officer Chandler advised me that he was going to remove the driver (▮▮▮▮▮▮ ▮▮▮▮▮▮). I approached the passenger side door where I came in contact with the front right passenger, later identified as (WILLIAMS/ RAPHAEL). Williams was wearing black pants, black jacket and a camouflage balaclava.

**FOOT PURSUIT:**

I advised Williams I was going to have him exit the vehicle. I had Williams place his hands on top of his head. I unlocked the vehicle and had Williams exit the vehicle facing the hood of the vehicle. I then placed William's hand behind his back and escorted Williams to the front of patrol vehicle #16. I advised Williams that I was going to conduct a pat down of his person. As I was conducting a pat down of his person, Williams then ran away from me (east bound).

I gave chase, I told Williams to stop, and he continued to run. Williams jumped into a parking

Williams_00068

ramp of Sherwood Village. Williams then began running up the ramp (west) and began hopping the fence. Officer Mcelroy grabbed ahold of Williams and Officers apprehended him.

**EVIDENCE:**

Officer Allen began searching William's. See Officer Allen's report for further. I located a green wallet in the right jacket pocket of Williams jacket. The green wallet had credit cards with the name of (██████████ and (██████████████

I began looking through the area for evidence that may have been dropped during the pursuit. In the vehicle ramp I located what appeared to be a red pro pad (with my training and experience, I believed used with stealing vehicles) on the ground. I collected all evidence that Officer Allen and I located and placed into my patrol vehicle. All evidence was turned over to Specialist Mcelroy.

**DISPOSITION:**

Williams was transported to the Southfield lock up by Officer T. McCormick and Officer Pierce. SGT Crew was on scene and advised. I spoke with Officer Caringhan #1214 of Oak Park PD who advised the green wallet was taken in an LFA. See other officers' reports for further. My Axon body camera was on and recording.

---

**CR No: 240032343-004    Written By: SOMCCORMICKT (11774)    Date: 09/02/2024 04:42 AM**

INITIAL:

On 09/02/2024, I assisted Ofc. Chandler on a traffic stop, see his report for further.

INFORMATION:

Oak Park had an attempted UDAA/LFA that just occurred. Suspect vehicle was an older model grey Impala.

CONTACT WITH RAPHAEL
As I arrived officers on scene advised they had a suspect running. I observed b/m wearing all black running e/b away from the traffic stop, with officers giving chase. Due to knowing the immediate area I knew that the suspect, later identified as Williams/Raphael/Jermain Jr was running towards a dead end. I observed the suspect enter a parking ramp (Sherwood Village), that leads underground, however the garage doors are always closed. I made my way to Adrian

Williams_00069

in vehicle #15 and observed Williams to begin climbing the wall to get over the fence. I observed Ofc. McElroy had grabbed onto William's leg and was preventing him from fleeing. Ofc. Allen grabbed onto William's bringing him to ground. I assisted Ofc. Allen immediately after. As Ofc. Allen was placing William's into handcuffs, Williams asked Officers to remove a firearm from his left pant leg.

I removed a teal SCCY 9mm (serial# 804263). I cleared the firearm, which had no round in the chamber. I ran the firearm via dispatch, which returned no record.

I asked William's for his name, which he would not provide. I observed William's had moved the handcuffs to his front. The handcuffs (tc/dl) were moved to his back again and hooked to his belt loop. Officers asked William's multiple times for his name, which he would not provide. While enroute to the jail William's again slipped his handcuffs to front and was attempting to open the door handle, along with window switch.

Williams was transported to the Southfield Jail, without incident. Williams was placed inside the BMU. Prior to leaving the BMU Williams identified himself and I confirmed his identity with his MIDRS.

While collecting Williams property from the jail staff, I was handed a visa debit card containing the name of Deshawn Cook on the back and $TeeShotta16 on the front. I turned over the debit card to Specialist McElroy.

I reviewed my dashcam and at 0331 when Specialist McElory is holding onto Williams, he is observed picking up a "propad" that fell out and throwing it down the ramp.

DISPOSITION:

Lt. Matatall reviewed the arrest and set no bond.

My axon body camera was on and recording.

See other officer's reports for further.

| CR No: 240032343-005 | Written By: SOMCELROYN (12239) | Date: 09/02/2024 05:05 AM |
|---|---|---|

INITIAL:

Williams_00070

On 09/02/2024 at 0300hrs, Ofc Chandler conducted a traffic stop when he requested backup. I (Ofc McElroy) responded as assistance.

PURSUIT:

While Ofc Chandler was bringing WILLIAMS/RAPHAEL (ARRESTEE) to his patrol vehicle, he fled from Ofc Chandler. Williams ran into the area of 25720 Southfield Rd (Le Chateau Condos) and I rand to the fence line of the area. I observed Williams run from police and begin scaling the fence towards me. I was wearing my police uniform when I grabbed onto Williams's legs to stop him from running. Ofc Allen then grabbed onto him and took him to the ground. Williams was then placed into custody.

EVIDENCE:

After the arrest, Ofc Spens turned over numerous items to me. He turned over a green wallet (connected with Oak Park 24-10298), a Chrysler key fob, a red Autel Key tool with accessory, and a small black window puncher.

Ofc T. McCormick had collected a light-blue handgun (SCCY CPX-1 9MM 804263) with 11 rounds of 9mm and turned it over to me. I collected it and also used two cotton swabs to collect DNA along the grip and trigger guard. One cotton swab was dry and one was wetted with distilled water. At the station (26000 Evergreen) he also turned over a black credit card with the name DESHAWN COOK.

All above evidence was photographed using my department issued camera. I entered the SD card containing the digital still images into BEAST and secured the card in the temporary specialist evidence locker.

ADDITIONAL INFORMATION:

MY AXON BODY CAMERA WAS RECORDING AND PLACED INTO PROPERTY.

SGT CREW WAS ON SCENE AND ADVISED.

CR No: 240032343-006    Written By: SOTHOMASM (05307)    ATTACHMENT ONLY REPORT - No Narrative

Williams_00071

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**NATIONAL TRACING CENTER**
Phone:(800) 788-7133 Fax:(800) 578-7223
Print Date: September 02, 2024

## FIREARMS TRACE SUMMARY

**Trace Number: T20240437779**   **Request Date: September 02, 2024**   **Completion Date: September 02, 2024**

**MARGARET THOMAS**
**SOUTHFIELD POLICE DEPT.**
**26000 EVERGREEN RD**
**SOUTHFIELD, MI 48076-0000**
**PHONE: (248) 796-5500**

**Badge No:** 927
**Investigation No:** 24-32343

### FIREARM INFORMATION

**Manufacturer:** SCCY INDUSTRIES, LLC
(SKYY ...
**Model:** CPX-1
**Caliber:** 9
**Serial Number:** 804263
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION

**Recovery Date:** 09/02/2024
**Time to Crime:**

SOUTHFIELD RD
SOUTHFIELD, MI 48075
UNITED STATES

**Possessor:** RAPHAEL J WILLIAMS
**DOB:** 08/18/2003
**POB:** UNITED STATES

### PURCHASER INFORMATION

Contact the local ATF office for additional information

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS TRACE REQUEST IS CURRENTLY BEING REVIEWED BY THE SECONDARY MARKET PROGRAM. THIS TRACE
WILL BE RESEARCHED AND PROCESSED ACCORDINGLY BY THE NATIONAL TRACING CENTER.
**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20240437779                    Page 1 of 1
**FOR OFFICIAL USE ONLY**

Williams_00073

# <u>Exhibit 3</u>
# Bond Violation & Absconding Investigation Reports

18

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>WILLIAMS Jr, Raphael | Investigation Number:<br>774016-23-0022 | Report Number:<br>6 |
|---|---|---|

**SUMMARY OF EVENT:**

<u>Instagram Review:</u> Members of the Pontiac Gun Violence Task Force (GVTF), to include Special Agent Kenton Weston and ATF TFO Robert Bader have been monitoring Ralpheal WILLIAMS social media account(s) to include the Instagram account vanity name "50deep__". Recently, the GVTF has noticed an increase in WILLIAMS' activity in posting videos and images of him consuming suspected marijuana and brandishing items that have characteristics and markings consistent with firearms.

**NARRATIVE:**

1. On or about June 18, 2024 WILLIAMS Instagram account posted the following image (see below). ATF TFO Bader recognized the mural behind WILLIAMS to be located at 16650 Prairie Detroit, MI.



| Prepared by:<br>Kenton M. Weston | Title:<br>Special Agent, Pontiac Satellite Office | Signature: | Date: |
|---|---|---|---|
| Authorized by:<br>David Salazar Jr | Title:<br>Group Supervisor, Pontiac Satellite Office | Signature: | Date: |
| Second level reviewer (optional):<br>James M. Deir | Title:<br>Special Agent in Charge, Detroit Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

Williams_00001

| Title of Investigation: WILLIAMS Jr, Raphael | Investigation Number: 774016-23-0022 | Report Number: 6 |
|---|---|---|



Ella Fitzgerald Park Photo by Nick Hagen

## How park designers are building equity in Detroit's public spaces

PATRICK DUNN | MONDAY, JUNE 14, 2021



ATF EF 3120.2 (10-2004)
For Official Use Only

Williams_00002

| Title of Investigation: WILLIAMS Jr, Raphael | Investigation Number: 774016-23-0022 | Report Number: 6 |
|---|---|---|

2. On June 17, 2024, the Instagram user vanity name "free2026_" posted a video to their "stories" that displayed WILLIAMS in the park located at 16650 Prairie. Special Agent Weston and ATF TFO Bader reviewed the video and captured the following images (see below). Special Agent Weston and ATF TFO Bader recognized that the individuals to include WILLIAMS (green camo pants) had suspected firearms partially concealed in their waistbands and pockets. Specifically, the GVTF recognized in WILLIAMS front right pocket a large "L-shaped" object. Based on Special Agent Weston's training and experience this object's shape, size, and location is consistent with a firearm. Additionally, Special Agent Weston and TFO Bader recognize the object protruding from WILLIAMS front right pocket to be an inserted magazine.



ATF EF 3120.2 (10-2004)
For Official Use Only

Williams_00003

| Title of Investigation:<br>WILLIAMS Jr, Raphael | Investigation Number:<br>774016-23-0022 | Report Number:<br>6 |
|---|---|---|



ATF EF 3120.2 (10-2004)
For Official Use Only

Williams_00004

| Title of Investigation:<br>WILLIAMS Jr, Raphael | Investigation Number:<br>774016-23-0022 | Report Number:<br>6 |
|---|---|---|

3. Images posted on June 23, 2024 from WILLIAMS Instagram account display WILLIAMS in an orange hat, black shirt, and green camo pants sitting on a park bench with another individual (IG vanity name: free2026_) brandishing a suspected firearm. Based on the size, shape, sights, laser affixed to the firearm, and inserted desert brown extended magazine the firearm displayed appears to be a Glock model firearm.



ATF EF 3120.2 (10-2004)
For Official Use Only

Williams_00005

| Title of Investigation: WILLIAMS Jr, Raphael | Investigation Number: 774016-23-0022 | Report Number: 6 |
| --- | --- | --- |

4.  On June 23, 2024 at approximately 4:32pm, WILLIAMS broadcasted from his Instagram account on Instagram Live. During the broadcast WILLIAMS appears to be inside a small closet with another individual who brandished a suspected Glock model pistol with rubber bands wrapped around the handle(see clipped images from the broadcast below).



ATF EF 3120.2 (10-2004)
For Official Use Only

Williams_00006

| Title of Investigation: WILLIAMS Jr, Raphael | Investigation Number: 774016-23-0022 | Report Number: 6 |
|---|---|---|

5. A post to WILLIAMS Instagram (50deep___) account that based on the hair style and attire appears to have been captured before or after the June 23, 2024 IG Live broadcast. Based on the size, shape, factory rear sight, and inserted desert brown extended magazine the firearm tucked in WILLIAMS waistband appears to be a Glock model firearm (circled in red below).



6. On July 11, 2024 at approximately 12:14pm,  WILLIAMS sent a direct message to an ATF undercover Instagram account controlled by Special Agent Weston with the message "Fuxk the feds".



**7.** Image and videos are stored at OCSO and the digital case file and or evidence.com.

---

ATF EF 3120.2 (10-2004)
For Official Use Only

Williams_00007



Williams_00023



Williams_00024



Williams_00025



Williams_00026



Williams_00027



Williams_00029



Williams_00030



### Post

**50deep___**



♡ 174    💬 21    ✈

**50deep___** 1LOVE, Blood 💧💔 〽️💤

View all comments

5 hours ago

Williams_00031

6:26 🌙

50deep___  •••



❤️ 174    💬 21    ✈️                                    🔖

**50deep___** 1LOVE, Blood 💧💔⋏💤

View all comments

5 hours ago

Williams_00032



Williams_00033



Williams_00034

6:26 🌙

**Post**

50deep___



♡ 174    💬 21    ✈

50deep___ 1LOVE, Blood 💧💔🅼💤

View all comments

5 hours ago

Williams_00035





Williams_00038



Williams_00039